ADUBATO & JAFFE, ESQS.
725 Broadway
Bayonne, New Jersey 07002
(201) 858-3771
Attorneys for Defendant,
Milka Terrero

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | HONORABLE PETER SHERIDAN, U.S.D.J. |
| : | CR. 10-241 (PGS) |
| Plaintiff, : | ~~MAG. NO. 09-3694~~ |
| vs. : | |
| MILKA TERRERO, : | **CONSENT ORDER** |
| Defendant. : | |

This matter being presented to the court on application of Adubato & Jaffe, Esq., attorneys for the defendant, MILKA TERRERO, (Michele A. Adubato, Esq. appearing), in the presence of the United States Attorney for the District of New Jersey (Zahid Quraishi, A.U.S.A. appearing), for an order amending the bail conditions of the defendant to release the passports of her two children, Ernesto Santana, Jr. (DOB 7-12-08) and Ismael Terrero (DOB 10-31-01) to enable them to travel to the Dominican Republic this summer; and the Government having consented to same and for good cause appearing ;

IT IS HEREBY ORDERED this 26 day of May, 2010 that:

1. The bail conditions previously set for the defendant are

hereby amended, with the consent of the government, to provide that the United States passports of defendant's children, Ernesto Santana, Jr. and Ismael Terrero, be released by Pre-Trial Services to enable them to travel to the Dominican Republic to visit their father - Ernesto Santana, Sr. in San Pedro De Macoris, Dominican Republic from June 30, 2010 to July 30 2010.

_____
HONORABLE PETER SHERIDAN, U.S.D.J.

Consented to as to
Form and Entry of
the Order

_____
ZAHID QURAISHI, A.U.S.A.

_____
MICHELE A. ADUBATO, ESQ.
Attorney for Defendant,
Milka Terrero