# Adubato & Jaffe
ATTORNEYS AT LAW
725 BROADWAY
BAYONNE, NEW JERSEY 07002

MICHELE A. ADUBATO
BETH M. JAFFE

TEL: (201) 858-3771
FAX: (201) 858-8604

March 3, 2011

R E C E I V E D
MAR 03 2011
AT 8:30
WILLIAM T. WALSH M
CLERK

By Fax & Reg Mail
609-989-0515

Hon. Peter Sheridan, U.S.D.J.
Clarkson S. Fisher Federal Bldg.
& United States Court House
402 East State Street
Trenton, New Jersey 08609

**RE: US V MILKA TERRERO**
**COMPLT. NO. 10-241-1 (PGS)**

Dear Judge Sheridan:

Ms. Terrero was sentenced by Your Honor on February 9, 2011 and given a surrender date of April 4, 2011 and has been designated to Danbury.

Ms. Terrero contacted me to advise that she has been appointed manager of the Jackson-Hewitt Office where she works. If she stays through the tax season, April 18, 2011, they will keep her job open for her after she is released from jail. She has asked that her surrender date be changed to April 19, 2011.

We contacted Zahid Qurasihi, AUSA and he has consented to extending her release date to April 19, 2011.

We respectfully request that Ms. Terrero's surrender date be set for April 19, 2011 at Danbury. Thank you for your consideration in this matter. If a consent order is necessary, please advise.

Very truly yours,

ADUBATO & JAFFE
Michele A. Adubato

cc: Zahid Quarishi, AUSA
Ms. Milka Terrero

SO ORDERED: *[signed] Peter G. Sheridan*
DATED: 3/3/11