ADUBATO & JAFFE, ESQS.
725 Broadway
Bayonne, New Jersey 07002
(201) 858-3771
Attorneys for Defendant,
Milka Terrero

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | : | HONORABLE PETER SHERIDAN, U.S.D.J. |
|---|---|---|
| Plaintiff, | : | CRIM. NO. 10-241-001 |
| vs. | : | |
| MILKA TERRERO, | : | **CONSENT ORDER** |
| Defendant. | : | |

This matter being presented to the court on application of Adubato & Jaffe, Esq., attorneys for the defendant, MILKA TERRERO, (Michele A. Adubato, Esq. appearing), in the presence of the United States Attorney for the District of New Jersey (Zahid Quraishi, A.U.S.A. appearing), for an order amending the bail conditions of the defendant to release the passports of her child, Caroline Ferreras to enable her to immediately travel to the Dominican Republic to lives with her maternal grandfather until defendant is released from prison; and the Government *and Pre-Trial Services* having consented to same and for good cause appearing ;

IT IS HEREBY ORDERED this 29 day of March, 2011 that:

1. The bail conditions previously set for the defendant are

hereby amended, with the consent of the government, to provide that the United States passports of defendant's child, Caroline Ferraras be released by Pre-Trial Services to enable her to immediately travel to the Dominican Republic to reside with her maternal grandfather until defendant is released from prison.

_____
HONORABLE PETER SHERIDAN, U.S.D.J.

Consented to as to
Form and Entry of
the Order

_____
ZAHID QURAISHI, A.U.S.A.

_____
MICHELE A. ADUBATO, ESQ.
Attorney for Defendant,
Milka Terrero